**SEALED CASE**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**FILED**
**11/19/2026**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**BACKWARD HAT CAPITAL MANAGEMENT LLC, TPC MC, LLC, d/b/a TRADERS POINT CAPITAL, PHILLIP P. WILLIAMS, DEVIN A. JOHNSON, and JOSEPH ANDERSON,**

**Defendants,**

**and**

**BACKWARD HAT CAPITAL FUND LP, BHC V LLC, KMAP, INC., ALLEN JOHNSON GROUP LLC, WILLIAM HARVEY GROUP LLC, TRADERS POINT CAPITAL FX FUND I LP, TPC FX AMF, LP, DROPLIGHT LLC, and WILLIAM CODY HARVEY,**

**Relief Defendants.**

**Case No. 1:2026-cv-02482-JPH-CSW**

**Honorable James P. Hanlon**

**Magistrate Judge Tim A. Baker**

# NOTICE OF APPEARANCE

To: The Clerk of this Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Receiver, Kevin B. Duff.

Date: November 19, 2026

Respectfully submitted,

/s/ Sarah M. Marr
Sarah M. Marr (No. 28289-49)

RILEY BENNETT EGLOFF LLP
500 N. Meridian Street, Suite 550
Indianapolis, IN 46204
(317) 636-8000
(317) 955-7144 (Fax)
smarr@rbelaw.com

Attorneys for Receiver,
Kevin B. Duff