AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

FILED
11/19/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

SEC
*Plaintiff*
v.
Backward Hat Capital Management LLC, et al.
*Defendant*

Case No. 26-cv-02482

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin B. Duff, Receiver .

Date: 11/19/2026

/s/ Drew G.A. Peel
*Attorney's signature*

Drew G.A. Peel, ARDC No. 6209713
*Printed name and bar number*

Rachlis Duff & Peel, LLC
216 W. Jackson Blvd., Suite 975
Chicago, IL 60606
*Address*

dpeel@rdaplaw.net
*E-mail address*

(312) 275-0337
*Telephone number*

(312) 733-3952
*FAX number*