**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BACKWARD HAT CAPITAL MANAGEMENT LLC, TPC MC LLC d/b/a TRADERS POINT CAPITAL, PHILLIP P. WILLIAMS, DEVIN A. JOHNSON, and JOSEPH ANDERSON,**<br><br>**Defendants,**<br><br>**and**<br><br>**BACKWARD HAT CAPITAL FUND LP, BHC V LLC, KMAP INC., ALLEN JOHNSON GROUP LLC, WILLIAM HARVEY GROUP LLC, TRADERS POINT CAPITAL FX FUND I LP, TPC FX AMF, LP, DROPLIGHT LLC, and WILLIAM CODY HARVEY,**<br><br>**Relief Defendants.** | **Civil Action No. 1:26-cv-02482-JPH-CSW** |

## STATUS UPDATE

Pursuant to the Court's November 18, 2026 Order (Docket No. 14), Plaintiff United States Securities and Exchange Commission ("SEC") hereby provides the following status update:

As of today, the SEC has served Defendants Backward Hat Capital Management LLC, TPC MC, LLC d/b/a Traders Point Capital, and Phillip Williams and Relief Defendants Backward Hat Capital Fund LP, BHC V LLC, KMAP, Inc., Droplight LLC, Traders Point

Capital FX Fund I, and TPC FX AMF, LP. The SEC will promptly file proofs of service upon receipt from our process server. Relief Defendants William Cody Harvey and William Harvey Group LLC have agreed to waive service of process but have not returned the waiver forms. The SEC has not yet served Defendants Devin Johnson and Joseph Anderson and Relief Defendant Allen Johnson Group LLC, but the SEC is in the process of doing so. The SEC has begun issuing expedited discovery for a preliminary injunction hearing.

Once Defendants and Relief Defendants retain counsel for this matter, the SEC intends to attempt to negotiate their consent either to continue the temporary restraining order for an additional 14 days, or to entry of a preliminary injunction.

The SEC respectfully requests until November 30, 2026, at 5:00 pm EST, to provide the Court with a further status report and the need for a preliminary injunction hearing.

Dated: November 23, 2026

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

*/s/ Alyssa A. Qualls*

Alyssa Qualls IL Bar No. 6292124
BeLinda Mathie IL Bar No. 6275461
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390
(312) 353-7398 (FAX)
QuallsA@sec.gov
MathieB@sec.gov

***Attorneys for Plaintiff United States Securities and Exchange Commission***