UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BACKWARD HAT CAPITAL MANAGEMENT LLC *et al.*,<br><br>Defendants. | ) | No. 1:26-cv-02482-JPH-CSW |

---

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP WILLIAMS *et al.*,<br><br>Defendants. | ) | No. 1:26-cv-02477-JPH-CSW |

**ORDER ON STATUS UPDATES**

The Court acknowledges Plaintiffs' status updates filed in these cases. Plaintiffs **SHALL FILE** a further status update addressing at least (1) service and discovery, (2) a proposed preliminary injunction briefing schedule, and (3) the need to set a request for preliminary injunction hearing **by 5:00 p.m. on November 30, 2026**.

**SO ORDERED**

Date: 11/23/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel